THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* EVERETT B. SWEEZY et al., Respondents, and NATHANIEL F. GLIDDEN et al., on Behalf of Themselves and Others, Appellants.

(Argued April 11, 1933; decided April 25, 1933.)

*Daniel Burke, Arthur V. McDermott* and *James Bundy Burke* for appellants.

*William Dean Embree, Lawrence Bennett* and *Albert E. Nuelsen* for the Chase National Bank of the City of New York, respondent.

*Graham Sumner* and *Albert Stickney* for the Bader Securities Company et al., .respondents.

*David Paine* and *Hugh L. Thomson* for Antest Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.